1  STEVEN J. JOHNSON, SBN 121568
   MICHAEL B. SMITH, SBN 235764
2  GIBSON, DUNN & CRUTCHER LLP
   1881 Page Mill Road
3  Palo Alto, California 94304
   Telephone: (650) 849-5300
4  Facsimile: (650) 849-5333
   sjjohnson@gibsondunn.com
5  msmith@gibsondunn.com

6  Attorneys for Plaintiffs
   SANTA CRUZ SURFING CLUB
7  PRESERVATION SOCIETY and
   HARRY MAYO
8
   JAMES M. CHADWICK, SBN 157114
9  THAYER M. PREECE, SBN 241824
   SHEPPARD MULLIN RICHTER & HAMPTON LLP
10 990 Marsh Road
   Menlo Park, California 94025
11 Telephone: (650) 815-2600
   Facsimile: (650) 815-2601
12 jchadwick@sheppardmullin.com
   tpreece@sheppardmullin.com
13
   Attorneys for Defendants
14 RYAN RITTENHOUSE and
   SANTA CRUZ SURFING CLUB, INC.
15

16              UNITED STATES DISTRICT COURT

17            FOR THE NORTHERN DISTRICT OF CALIFORNIA

18

| | |
|---|---|
| SANTA CRUZ SURFING CLUB PRESERVATION SOCIETY, a California nonprofit public benefit corporation; and HARRY MAYO, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>RYAN RITTENHOUSE, an individual; and SANTA CRUZ SURFING CLUB, INC., a California corporation,<br><br>Defendants. | CASE NO.   3:08-cv-05783-SI<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON DEFENDANTS' MOTION TO DISMISS THE COMPLAINT**<br><br><br>Date Filed:   December 30, 2008<br>Trial Date:   To be determined |

1  WHEREAS, Plaintiffs Santa Cruz Surfing Club Preservation Society and Harry Mayo (collectively, "Plaintiffs") filed the complaint in this matter on December 30, 2008;

3  WHEREAS Defendants Ryan Rittenhouse and Santa Cruz Surfing Club, Inc. (collectively, "Defendants") filed and served their Notice of Motion and Motion to Dismiss Plaintiffs' Complaint on March 13, 2009;

6  WHEREAS, a Hearing on Defendants' Motion to Dismiss is currently set for May 8, 2009 at 9:00 a.m.;

8  WHEREAS, the initial Case Management Conference in this matter has been set for June 12, 2009 at 2:30 p.m.;

10  WHEREAS, Plaintiffs and Defendants mediated under the supervision of the Honorable Read Ambler (Ret.) on April 10, 2009 and are currently engaged in ongoing settlement negotiations; and

12  WHEREAS Plaintiffs and Defendants agree that a continuance with respect to the briefing and hearing of the Motion to Dismiss is appropriate to give the parties an opportunity to fully resolve this matter without further litigation;

//
//
//
//
//
//
//
//
//
//
//
//
//
//

2
STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON DEFENDANTS' MOTION TO DISMISS
Case No. 3:08-cv-05783

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs and Defendants, through their respective attorneys of record, based on the foregoing, and subject to approval of this Court, that the Hearing on Defendants' Motion to Dismiss shall be continued until 9:00 a.m. on June 12, 2009, or as soon thereafter as the Court is available to hear the matter.

IT IS SO STIPULATED.

Dated: April 16, 2009            GIBSON, DUNN & CRUTCHER LLP

                                 By: _____/s/_____
                                          Michael B. Smith

                                 Attorneys for Plaintiffs
                                 SANTA CRUZ SURFING CLUB PRESERVATION
                                 SOCIETY and HARRY MAYO


Dated: April 16, 2009            SHEPPARD MULLIN RICHTER & HAMPTON LLP

                                 By: _____/s/_____
                                          James M. Chadwick

                                 Attorneys for Defendants
                                 RYAN RITTENHOUSE and
                                 SANTA CRUZ SURFING CLUB, INC.


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____

                                 _____
                                 Hon. Susan Illston
                                 U.S. District Court Judge

100638032_2.DOC