STEVEN J. JOHNSON, SBN 121568
MICHAEL B. SMITH, SBN 235764
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 849-5300
Facsimile: (650) 849-5333
sjjohnson@gibsondunn.com
msmith@gibsondunn.com

Attorneys for Plaintiffs
SANTA CRUZ SURFING CLUB
PRESERVATION SOCIETY and
HARRY MAYO

JAMES M. CHADWICK, SBN 157114
THAYER M. PREECE, SBN 241824
SHEPPARD MULLIN RICHTER & HAMPTON LLP
990 Marsh Road
Menlo Park, California 94025
Telephone: (650) 815-2600
Facsimile: (650) 815-2601
jchadwick@sheppardmullin.com
tpreece@sheppardmullin.com

Attorneys for Defendants
RYAN RITTENHOUSE and
SANTA CRUZ SURFING CLUB, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTA CRUZ SURFING CLUB PRESERVATION SOCIETY, a California nonprofit public benefit corporation; and HARRY MAYO, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>RYAN RITTENHOUSE, an individual; and SANTA CRUZ SURFING CLUB, INC., a California corporation,<br><br>Defendants. | CASE NO.   3:08-cv-05783-SI<br><br>**STIPULATION AND [PROPOSED] ORDER VACATING HEARING ON DEFENDANTS' MOTION TO DISMISS AND RESCHEDULING THE JUNE 12, 2009 CASE MANAGEMENT CONFERENCE**<br><br>Date Filed:   December 30, 2008<br>Trial Date:   To be determined |

Gibson, Dunn & Crutcher LLP

STIPULATION AND [PROPOSED] ORDER VACATING HEARING ON DEFENDANTS' MOTION TO DISMISS AND RESCHEDULING CASE MANAGEMENT CONFERENCE

Case No. 3:08-cv-05783

# STIPULATION

WHEREAS, Plaintiffs Santa Cruz Surfing Club Preservation Society and Harry Mayo (collectively, "Plaintiffs") filed the complaint in this matter on December 30, 2008;

WHEREAS Defendants Ryan Rittenhouse and Santa Cruz Surfing Club, Inc. (collectively, "Defendants") filed and served their Notice of Motion and Motion to Dismiss Plaintiffs' Complaint on March 13, 2009;

WHEREAS, a Hearing on Defendants' Motion to Dismiss is currently set for June 12, 2009 at 9:00 a.m.;

WHEREAS, the initial Case Management Conference in this matter has been set for June 12, 2009 at 2:30 p.m.;

WHEREAS, Plaintiffs and Defendants mediated under the supervision of the Honorable Read Ambler (Ret.) on April 10, 2009 and executed a term sheet setting forth the material terms of a settlement at the close of mediation;

WHEREAS, the parties are engaged in ongoing discussions regarding the final settlement documents; and

WHEREAS, Plaintiffs and Defendants agree that moving the Case Management Conference and related dates is necessary to provide the parties with sufficient time to resolve the matter without further litigation;

//
//
//
//
//
//
//
//
//
//

2

Gibson, Dunn & Crutcher LLP

STIPULATION AND [PROPOSED] ORDER VACATING HEARING ON DEFENDANTS' MOTION TO DISMISS AND RESCHEDULING CASE MANAGEMENT CONFERENCE

Case No. 3:08-cv-05783

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs and Defendants, through their respective attorneys of record, based on the foregoing, and subject to approval of this Court, that the following events are rescheduled as indicated below, and that any other related dates or deadlines be adjusted accordingly:

|  | Current Date | New Date |
|---|---|---|
| Case Management Conference | June 12 | July 10 |
| Last day to meet & confer under FRCP 26(f) | May 22 | June 26 |
| Last day to submit discovery plan under FRCP 26(f) and Joint Case Management Statement | June 5 | July 3 |
| Last day to complete initial disclosures | June 5 | July 3 |
| Hearing on Defendants' Motion to Dismiss | June 12 | VACATED |

IT IS SO STIPULATED.

Dated: May 22, 2009      GIBSON, DUNN & CRUTCHER LLP

By: _____/s/_____
        Michael B. Smith

Attorneys for Plaintiffs
SANTA CRUZ SURFING CLUB PRESERVATION SOCIETY and HARRY MAYO

Dated: May 22, 2009      SHEPPARD MULLIN RICHTER & HAMPTON LLP

By: _____/s/_____
        James M. Chadwick

Attorneys for Defendants
RYAN RITTENHOUSE and
SANTA CRUZ SURFING CLUB, INC.

3
STIPULATION AND [PROPOSED] ORDER VACATING HEARING ON DEFENDANTS' MOTION TO DISMISS AND RESCHEDULING CASE MANAGEMENT CONFERENCE
Case No. 3:08-cv-05783

Gibson, Dunn & Crutcher LLP

**[PROPOSED] ORDER**

The initial Case Management Conference scheduled for June 12, 2009 at 2:30 p.m. is hereby rescheduled for July 10, 2009 at 2:30 p.m. All related dates are rescheduled accordingly. The hearing on Defendants' Motion to Dismiss scheduled for June 12, 2009 at 9:00 am is hereby vacated.

**IT IS SO ORDERED.**

Dated: _____

_____
Hon. Susan Illston
U.S. District Court Judge

Gibson, Dunn & Crutcher LLP

4

STIPULATION AND [PROPOSED] ORDER VACATING HEARING ON DEFENDANTS' MOTION TO DISMISS AND RESCHEDULING CASE MANAGEMENT CONFERENCE

Case No. 3:08-cv-05783