STEVEN J. JOHNSON, SBN 121568
MICHAEL B. SMITH, SBN 235764
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 849-5300
Facsimile: (650) 849-5333
sjjohnson@gibsondunn.com
msmith@gibsondunn.com

Attorneys for Plaintiffs
SANTA CRUZ SURFING CLUB
PRESERVATION SOCIETY and
HARRY MAYO

JAMES M. CHADWICK, SBN 157114
THAYER M. PREECE, SBN 241824
SHEPPARD MULLIN RICHTER & HAMPTON LLP
990 Marsh Road
Menlo Park, California 94025
Telephone: (650) 815-2600
Facsimile: (650) 815-2601
jchadwick@sheppardmullin.com
tpreece@sheppardmullin.com

Attorneys for Defendants
RYAN RITTENHOUSE and
SANTA CRUZ SURFING CLUB, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTA CRUZ SURFING CLUB PRESERVATION SOCIETY, a California nonprofit public benefit corporation; and HARRY MAYO, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>RYAN RITTENHOUSE, an individual; and SANTA CRUZ SURFING CLUB, INC., a California corporation,<br><br>Defendants. | CASE NO.   3:08-cv-05783-SI<br><br>**STIPULATION AND [PROPOSED] ORDER RESCHEDULING THE JULY 10, 2009 CASE MANAGEMENT CONFERENCE**<br><br><br>Date Filed:   December 30, 2008<br>Trial Date:   To be determined |

STIPULATION AND [PROPOSED] ORDER RESCHEDULING THE JULY 10, 2009 CASE MANAGEMENT
CONFERENCE                                                                                    Case No. 3:08-cv-05783

## STIPULATION

WHEREAS, Plaintiffs Santa Cruz Surfing Club Preservation Society and Harry Mayo (collectively, "Plaintiffs") filed the complaint in this matter on December 30, 2008;

WHEREAS, the initial Case Management Conference in this matter is currently set for July 10, 2009 at 2:30 p.m.;

WHEREAS, Plaintiffs and Defendants mediated under the supervision of the Honorable Read Ambler (Ret.) on April 10, 2009 and executed a term sheet setting forth the material terms of a settlement at the close of mediation;

WHEREAS, the parties have identified the need for an additional mediation session, and would like to continue to devote their resources to settling the case rather than incurring additional litigation expense;

WHEREAS, the parties have scheduled an additional mediation session with Judge Ambler on July 1, 2009; and

WHEREAS, Plaintiffs and Defendants agree that moving the Case Management Conference and related dates would provide the parties a further opportunity to resolve the matter without burdening the Court with unnecessary proceedings.

//
//
//
//
//
//
//
//
//
//
//
//

**THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiffs and Defendants, through their respective attorneys of record, based on the foregoing, and subject to approval of this Court, that the following events are rescheduled as indicated below:

|  | Current Date | New Date |
|---|---|---|
| Case Management Conference | July 10, 2:30 p.m. | September 18, 2:00 p.m. 2:30 p.m. |
| Last day to meet & confer under FRCP 26(f) | June 26 | August 14 |
| Last day to submit discovery plan under FRCP 26(f) and Joint Case Management Statement | July 3 | August 28 |
| Last day to complete initial disclosures | July 3 | August 28 |

**IT IS SO STIPULATED**.

Dated:   June 19, 2009          GIBSON, DUNN & CRUTCHER LLP


By: _____/s/_____
                    Michael B. Smith

Attorneys for Plaintiffs
SANTA CRUZ SURFING CLUB PRESERVATION
SOCIETY and HARRY MAYO

Dated:   June 19, 2009          SHEPPARD MULLIN RICHTER & HAMPTON LLP


By: _____/s/_____
                    James M. Chadwick

Attorneys for Defendants
RYAN RITTENHOUSE and
SANTA CRUZ SURFING CLUB, INC.


**[PROPOSED] ORDER**


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


Dated: _____


_____
                    Hon. Susan Illston
                    U.S. District Court Judge

Gibson, Dunn &
Crutcher LLP