STEVEN J. JOHNSON, SBN 121568
MICHAEL B. SMITH, SBN 235764
ELVIN Y. LEE, SBN 259734
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 849-5300
Facsimile: (650) 849-5333
sjjohnson@gibsondunn.com
msmith@gibsondunn.com
elee@gibsondunn.com

Attorneys for Plaintiffs
SANTA CRUZ SURFING CLUB
PRESERVATION SOCIETY and
HARRY MAYO

JAMES M. CHADWICK, SBN 157114
THAYER M. PREECE, SBN 241824
SHEPPARD MULLIN RICHTER & HAMPTON LLP
990 Marsh Road
Menlo Park, California 94025
Telephone: (650) 815-2600
Facsimile: (650) 815-2601
jchadwick@sheppardmullin.com
tpreece@sheppardmullin.com

Attorneys for Defendants
RYAN RITTENHOUSE and
SANTA CRUZ SURFING CLUB, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTA CRUZ SURFING CLUB PRESERVATION SOCIETY, a California nonprofit public benefit corporation, and HARRY MAYO, an individual., <br><br> Plaintiffs, <br><br> v. <br><br> RYAN RITTENHOUSE, an individual, and SANTA CRUZ SURFING CLUB, INC., a California corporation, <br><br> Defendants. | Case No. CV 08 5783-SI <br><br> **STIPULATION AND ORDER EXTENDING DATE TO SUBMIT SETTLEMENT CONFERENCE STATEMENTS** <br><br> The Hon. Joseph C. Spero <br><br> Date:   October 19, 2009 <br> Time:   9:30 AM |

# STIPULATION AND ORDER EXTENDING DATE TO SUBMIT SETTLEMENT CONFERENCE STATEMENTS

Plaintiffs Santa Cruz Surfing Club Preservation Society and Harry Mayo on the one hand, and Defendants Ryan Rittenhouse and Santa Cruz Surfing Club, Inc. on the other hand, by and through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS a settlement conference before the Honorable Joseph C. Spero is scheduled for October 19, 2009, at 9:30 a.m.;

WHEREAS the NOTICE OF SETTLEMENT CONFERENCE AND SETTLEMENT CONFERENCE ORDER issued by Judge Spero sets October 5, 2009 as the deadline for submitting settlement conference statements;

WHEREAS due to the nature of this matter and the expedited scheduling of the settlement conference, the parties require additional time to complete their settlement conference statements than will be provided under the current deadline; and

WHEREAS lead counsel for Defendants will be traveling outside of the country, in connection with commitments made late last year, from September 30, 2009, through October 5, 2009;

IT IS HEREBY STIPULATED AND AGREED THAT:

1. The current deadline for submitting settlement conference statements to the court shall be extended to October 13, 2009

Dated:  September 30, 2009        SHEPPARD MULLIN RICHTER & HAMPTON LLP


By        /s/
JAMES M. CHADWICK
THAYER M. PREECE
Attorneys for Defendants
RYAN RITTENHOUSE and SANTA CRUZ SURFING CLUB, INC.

Dated: September 30, 2009     GIBSON DUNN & CRUTCHER LLP

By       /s/
STEVEN J. JOHNSON
MICHAEL B. SMITH
Attorneys for Plaintiffs
SANTA CRUZ SURFING CLUB
PRESERVATION SOCIETY and HARRY MAYO

**ORDER**

GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED THAT:

    1.    The deadline for the parties to submit settlement conference statements shall be moved to October 13, 2009. The parties are ordered to submit their statements on or before this date.

Dated: __Sept. 30_____, 2009.     _____
                                                                    The Honorable Joseph C. Spero