UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Santa Cruz Surfing,<br><br>        Plaintiff(s),<br><br>    v.<br><br>Ryan Rittenhouse,<br><br>        Defendant(s).<br>_____/ | No. C008-5783 SI (JCS)<br><br>**NOTICE AND ORDER SETTING FURTHER SETTLEMENT CONFERENCE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that a Further Settlement Conference is scheduled for **December 7, 2009, at 11:00 a.m.**, in Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102. Updated confidential settlement conference statements shall be lodged with the Court by **November 30, 2009.**

Lead trial counsel shall appear at the Settlement Conference with the parties and persons having unlimited authority to negotiate and settle the case.

The parties shall notify the undersigned's Chambers immediately at (415) 522-3691 if this case settles prior to the date set for the Further Settlement Conference. All other provisions of this Court's original Notice and Settlement Conference Order remain in effect.

IT IS SO ORDERED.

Dated: October 20, 2009

                                                    JOSEPH C. SPERO<br>
                                                    United States Magistrate Judge