STEVEN J. JOHNSON, SBN 121568
MICHAEL B. SMITH, SBN 235764
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 849-5300
Facsimile: (650) 849-5333
sjjohnson@gibsondunn.com
msmith@gibsondunn.com

Attorneys for Plaintiffs
SANTA CRUZ SURFING CLUB
PRESERVATION SOCIETY and
HARRY MAYO

JAMES M. CHADWICK, SBN 157114
THAYER M. PREECE, SBN 241824
SHEPPARD MULLIN RICHTER & HAMPTON LLP
990 Marsh Road
Menlo Park, California 94025
Telephone: (650) 815-2600
Facsimile: (650) 815-2601
jchadwick@sheppardmullin.com
tpreece@sheppardmullin.com

Attorneys for Defendants
RYAN RITTENHOUSE and
SANTA CRUZ SURFING CLUB, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTA CRUZ SURFING CLUB PRESERVATION SOCIETY, a California nonprofit public benefit corporation; and HARRY MAYO, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>RYAN RITTENHOUSE, an individual; and SANTA CRUZ SURFING CLUB, INC., a California corporation,<br><br>Defendants. | CASE NO.   3:08-cv-05783-SI<br><br>**STIPULATION AND [PROPOSED] ORDER RESCHEDULING THE NOVEMBER 20, 2009 CASE MANAGEMENT CONFERENCE**<br><br><br>Date Filed:   December 30, 2008<br>Trial Date:   To be determined |

Gibson, Dunn &
Crutcher LLP

## **STIPULATION**

WHEREAS, the Court held a Case Management Conference in this matter on September 18, 2009;

WHEREAS, at the September 18, 2009 Case Management Conference, the Court ordered the parties to this action to participate in a settlement conference with Magistrate Judge Spero, and ordered a further Case Management Conference be held on November 20, 2009;

WHEREAS, the parties participated in a settlement conference with Magistrate Judge Spero on October 19, 2009;

WHEREAS, the parties have made significant progress toward reaching a global settlement of this matter, and are continuing to work towards that goal.

WHEREAS, Magistrate Judge Spero entered an order instructing the parties to return for a status conference on December 7, 2009 in the event that the Parties have been unable to reach agreement on all remaining terms of a settlement by that date; and

WHEREAS, the parties wish to continue to focus their efforts on settlement, and agree that moving the Case Management Conference and related dates would provide the parties with additional time to attempt to finalize a settlement, and to have a further settlement conference with Magistrate Judge Spero if necessary.

//
//
//
//
//
//
//
//
//
//

Gibson, Dunn &
Crutcher LLP

STIPULATION AND [PROPOSED] ORDER RESCHEDULING
THE NOVEMBER 20, 2009 CASE MANAGEMENT CONFERENCE                    Case No. 3:08-cv-05783

1   **THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiffs

2   and Defendants, through their respective attorneys of record, based on the foregoing, and subject to

3   approval of this Court, that the following events are rescheduled as indicated below:

|  | Current Date | New Date |
|---|---|---|
| Further Case Management Conference | November 20, 2009  3:00 p.m. | December 18, 2009  3:00 p.m. |
| Joint Case Management Statement | November 13, 2009 | December 11, 2009 |
| Plaintiffs' First Amended Complaint Due | November 19, 2009 | December 17, 2009 |

**IT IS SO STIPULATED**.

Dated:  November 13, 2009          GIBSON, DUNN & CRUTCHER LLP

By: _____/s/_____
          Michael B. Smith

Attorneys for Plaintiffs
SANTA CRUZ SURFING CLUB PRESERVATION
SOCIETY and HARRY MAYO

Dated:  November 13, 2009          SHEPPARD MULLIN RICHTER & HAMPTON LLP

By: _____/s/_____
          James M. Chadwick

Attorneys for Defendants
RYAN RITTENHOUSE and
SANTA CRUZ SURFING CLUB, INC.

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____

_____
Hon. Susan Illston
U.S. District Court Judge

STIPULATION AND [PROPOSED] ORDER RESCHEDULING
THE NOVEMBER 20, 2009 CASE MANAGEMENT CONFERENCE          Case No. 3:08-cv-05783

Gibson, Dunn &
Crutcher LLP