STEVEN J. JOHNSON, SBN 121568
MICHAEL B. SMITH, SBN 235764
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 849-5300
Facsimile: (650) 849-5333
sjjohnson@gibsondunn.com
msmith@gibsondunn.com

Attorneys for Plaintiffs
SANTA CRUZ SURFING CLUB
PRESERVATION SOCIETY and
HARRY MAYO

JAMES M. CHADWICK, SBN 157114
THAYER M. PREECE, SBN 241824
SHEPPARD MULLIN RICHTER & HAMPTON LLP
990 Marsh Road
Menlo Park, California 94025
Telephone: (650) 815-2600
Facsimile: (650) 815-2601
jchadwick@sheppardmullin.com
tpreece@sheppardmullin.com

Attorneys for Defendants
RYAN RITTENHOUSE and
SANTA CRUZ SURFING CLUB, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTA CRUZ SURFING CLUB PRESERVATION SOCIETY, a California nonprofit public benefit corporation; and HARRY MAYO, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>RYAN RITTENHOUSE, an individual; and SANTA CRUZ SURFING CLUB, INC., a California corporation,<br><br>Defendants. | CASE NO.   3:08-cv-05783-SI<br><br>**STIPULATION AND [PROPOSED] ORDER RESCHEDULING THE DECEMBER 18, 2009 CASE MANAGEMENT CONFERENCE**<br><br><br>Date Filed:   December 30, 2008<br>Trial Date:   To be determined |

## **STIPULATION**

WHEREAS, the Court held a Case Management Conference in this matter on September 18, 2009;

WHEREAS, at the September 18, 2009 Case Management Conference, the Court ordered the parties to this action to participate in a settlement conference with Magistrate Judge Spero, and ordered a further Case Management Conference be held on November 20, 2009;

WHEREAS, the parties participated in a settlement conference with Magistrate Judge Spero on October 19, 2009;

WHEREAS, on November 13, 2009, the parties—having made significant progress toward reaching a global settlement of this matter—requested a continuance of the November 20, 2009 Case Management Conference and related dates to allow the parties to work towards that goal.

WHEREAS, the Court continued the November 20, 2009 Case Management Conference to December 18, 2009;

WHEREAS, parties have continued to make progress toward reaching a global settlement, but a decision-maker at a key third party involved in the settlement recently required hip surgery, thus delaying progress on an ancillary agreement with the third party upon which the proposed settlement depends; and

WHEREAS, because of this unforeseen delay and in light of the holidays, the parties believe they will need an additional 30-45 days to finalize the settlement documents.

//
//
//
//
//
//
//
//
//

**THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiffs and Defendants, through their respective attorneys of record, based on the foregoing, and subject to approval of this Court, that the following events are rescheduled as indicated below:

|  | Current Date | New Date |
|---|---|---|
| Further Case Management Conference | December 18, 2009 3:00 p.m. | January 29, 2010 3:00 p.m. |
| Joint Case Management Statement | December 11, 2009 | January 22, 2010 |
| Plaintiffs' First Amended Complaint Due | December 17, 2009 | January 28, 2010 |

**IT IS SO STIPULATED**.

Dated:   December 10, 2009         GIBSON, DUNN & CRUTCHER LLP

                                  By: _____/s/_____
                                            Michael B. Smith

                                  Attorneys for Plaintiffs
                                  SANTA CRUZ SURFING CLUB PRESERVATION
                                  SOCIETY and HARRY MAYO

Dated:   December 10, 2009         SHEPPARD MULLIN RICHTER & HAMPTON LLP

                                  By: _____/s/_____
                                            James M. Chadwick

                                  Attorneys for Defendants
                                  RYAN RITTENHOUSE and
                                  SANTA CRUZ SURFING CLUB, INC.

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____

                                  _____
                                            Hon. Susan Illston
                                            U.S. District Court Judge