IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FELIPE ANTONIO RAMOS,            No. C 09-01556 SI

      Plaintiff,

   v.                         **SECOND PRETRIAL PREPARATION ORDER**

CITY OF HAYWARD,

      Defendant.
_____/

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: March 26, 2010 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is April 23, 2010.

DESIGNATION OF EXPERTS: 3/29/10; REBUTTAL: 4/9/10.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is April 23, 2010.

DISPOSITIVE MOTIONS **SHALL** be filed by April 30, 2010;

   Opp. Due May 7, 2010; Reply Due May 14, 2010;

   and set for hearing no later than June 4, 2010 at 9:00 AM.

PRETRIAL CONFERENCE DATE: July 13, 2010 at 3:30 PM.

JURY TRIAL DATE: July 19, 2010 at 8:30 AM.,
   Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be 1 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The Court granted a continuance of the trial as indicated above.
The parties have agreed to not participate in mediation until mid February the underlying criminal case is resolved by early February 2010.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:                                                    _/s/ Susan Illston_
                                                            SUSAN ILLSTON
                                                            United States District Judge