STEVEN J. JOHNSON, SBN 121568
MICHAEL B. SMITH, SBN 235764
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 849-5300
Facsimile: (650) 849-5333
sjjohnson@gibsondunn.com
msmith@gibsondunn.com

Attorneys for Plaintiffs
SANTA CRUZ SURFING CLUB
PRESERVATION SOCIETY and
HARRY MAYO

JAMES M. CHADWICK, SBN 157114
THAYER M. PREECE, SBN 241824
SHEPPARD MULLIN RICHTER & HAMPTON LLP
990 Marsh Road
Menlo Park, California 94025
Telephone: (650) 815-2600
Facsimile: (650) 815-2601
jchadwick@sheppardmullin.com
tpreece@sheppardmullin.com

Attorneys for Defendants
RYAN RITTENHOUSE and
SANTA CRUZ SURFING CLUB, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTA CRUZ SURFING CLUB PRESERVATION SOCIETY, a California nonprofit public benefit corporation; and HARRY MAYO, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>RYAN RITTENHOUSE, an individual; and SANTA CRUZ SURFING CLUB, INC., a California corporation,<br><br>Defendants. | CASE NO.   3:08-cv-05783-SI (JCS)<br><br>**STIPULATION AND [PROPOSED] ORDER RESCHEDULING THE DECEMBER 16, 2009 FURTHER SETTLEMENT CONFERENCE**<br><br><br>Date Filed:   December 30, 2008<br>Trial Date:   To be determined |

## **STIPULATION**

WHEREAS, a Settlement Conference in this matter was held on October 19, 2009, before the Honorable Magistrate Judge Joseph C. Spero, at which the parties made significant progress toward reaching a global settlement, and at which Magistrate Judge Spero set a further Settlement Conference in this matter for December 7, 2009 to allow the parties time to negotiate definitive settlement documents;

WHEREAS, on December 1, 2009, Magistrate Judge Spero rescheduled the December 7, 2009 further Settlement Conference for December 16, 2009; and

WHEREAS, the parties have requested additional time to work on their tentative settlement and associated settlement documents, and in a telephone conference with Magistrate Judge Spero's clerk on December 15, 2009, were advised that the Court was taking the December 16th date off calendar, and would reserve February 2, 2010 at 9:30 a.m. for a further Settlement Conference, pending receipt of a stipulation from the parties;

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

Gibson, Dunn & Crutcher LLP

2

STIPULATION AND [PROPOSED] ORDER RESCHEDULING
THE DECEMBER 16, 2009 FURTHER SETTLEMENT CONFERENCE     Case No. 3:08-cv-05783

**THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiffs and Defendants, through their respective attorneys of record, based on the foregoing, and subject to approval of Magistrate Judge Spero, that the further Settlement Conference scheduled before Magistrate Judge Spero for December 16, 2009 at 11:00 a.m. shall be rescheduled to February 2, 2009 at 9:30 a.m.

**IT IS SO STIPULATED**.

Dated: December 16, 2009          GIBSON, DUNN & CRUTCHER LLP

By: _____/s/_____
          Michael B. Smith

Attorneys for Plaintiffs
SANTA CRUZ SURFING CLUB PRESERVATION SOCIETY and HARRY MAYO

Dated: December 16, 2009          SHEPPARD MULLIN RICHTER & HAMPTON LLP

By: _____/s/_____
          James M. Chadwick

Attorneys for Defendants
RYAN RITTENHOUSE and
SANTA CRUZ SURFING CLUB, INC.

**[~~PROPOSED~~] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 12/18/09

_____
Judge Joseph C. Spero

3
STIPULATION AND [~~PROPOSED~~] ORDER RESCHEDULING
THE DECEMBER 16, 2009 FURTHER SETTLEMENT CONFERENCE          Case No. 3:08-cv-05783

Gibson, Dunn & Crutcher LLP