STEVEN J. JOHNSON, SBN 121568
MICHAEL B. SMITH, SBN 235764
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 849-5300
Facsimile: (650) 849-5333
sjjohnson@gibsondunn.com
msmith@gibsondunn.com

Attorneys for Plaintiffs
SANTA CRUZ SURFING CLUB
PRESERVATION SOCIETY and
HARRY MAYO

JAMES M. CHADWICK, SBN 157114
THAYER M. PREECE, SBN 241824
SHEPPARD MULLIN RICHTER & HAMPTON LLP
990 Marsh Road
Menlo Park, California 94025
Telephone: (650) 815-2600
Facsimile: (650) 815-2601
jchadwick@sheppardmullin.com
tpreece@sheppardmullin.com

Attorneys for Defendants
RYAN RITTENHOUSE and
SANTA CRUZ SURFING CLUB, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTA CRUZ SURFING CLUB PRESERVATION SOCIETY, a California nonprofit public benefit corporation; and HARRY MAYO, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>RYAN RITTENHOUSE, an individual; and SANTA CRUZ SURFING CLUB, INC., a California corporation,<br><br>Defendants. | CASE NO.   3:08-cv-05783-SI<br><br>**STIPULATION AND [PROPOSED] ORDER RESCHEDULING THE JANUARY 29, 2010 CASE MANAGEMENT CONFERENCE**<br><br><br>Date Filed:   December 30, 2008<br>Trial Date:   To be determined |

## **STIPULATION**

WHEREAS, the Court held a Case Management Conference in this matter on September 18, 2009;

WHEREAS, at the September 18, 2009 Case Management Conference, the Court ordered the parties to this action to participate in a settlement conference with Magistrate Judge Spero, and ordered a further Case Management Conference be held on November 20, 2009;

WHEREAS, the parties participated in a settlement conference with Magistrate Judge Spero on October 19, 2009;

WHEREAS, at the request and by stipulation of the parties, who have made significant progress toward reaching a global settlement of this matter, the Court has twice continued the Case Management Conference, most recently to January 29, 2010; and

WHEREAS, parties have continued to make progress toward reaching a global settlement, and are hopeful that the settlement will be signed and closed, and the case dismissed, within 30 days of the current CMC date.

//
//
//
//
//
//
//
//
//
//
//
//
//
//

**THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiffs and Defendants, through their respective attorneys of record, based on the foregoing, and subject to approval of this Court, that the following events are rescheduled as indicated below:

|  | Current Date | New Date |
|---|---|---|
| Further Case Management Conference | January 29, 2010<br>3:00 p.m. | March 5, 2010<br>3:00 p.m. |
| Joint Case Management Statement | January 22, 2010 | February 26, 2010 |

**IT IS SO STIPULATED**.

Dated:   January 25, 2010                           GIBSON, DUNN & CRUTCHER LLP

                                                                    By: _____/s/_____
                                                                                Michael B. Smith

                                                                    Attorneys for Plaintiffs
                                                                    SANTA CRUZ SURFING CLUB PRESERVATION
                                                                    SOCIETY and HARRY MAYO

Dated:   January 25, 2010                           SHEPPARD MULLIN RICHTER & HAMPTON LLP

                                                                    By: _____/s/_____
                                                                                James M. Chadwick

                                                                    Attorneys for Defendants
                                                                    RYAN RITTENHOUSE and
                                                                    SANTA CRUZ SURFING CLUB, INC.

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:   _____

                                                                    _____
                                                                    Hon. Susan Illston
                                                                    U.S. District Court Judge