| | |
|---|---|
| 1 | STEVEN J. JOHNSON, SBN 121568 |
| | MICHAEL B. SMITH, SBN 235764 |
| 2 | GIBSON, DUNN & CRUTCHER LLP |
| | 1881 Page Mill Road |
| 3 | Palo Alto, California 94304 |
| | Telephone: (650) 849-5300 |
| 4 | Facsimile: (650) 849-5333 |
| | sjjohnson@gibsondunn.com |
| 5 | msmith@gibsondunn.com |

Attorneys for Plaintiffs
SANTA CRUZ SURFING CLUB
PRESERVATION SOCIETY and
HARRY MAYO

JAMES M. CHADWICK, SBN 157114
THAYER M. PREECE, SBN 241824
SHEPPARD MULLIN RICHTER & HAMPTON LLP
990 Marsh Road
Menlo Park, California 94025
Telephone: (650) 815-2600
Facsimile: (650) 815-2601
jchadwick@sheppardmullin.com
tpreece@sheppardmullin.com

Attorneys for Defendants
RYAN RITTENHOUSE and
SANTA CRUZ SURFING CLUB, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTA CRUZ SURFING CLUB PRESERVATION SOCIETY, a California nonprofit public benefit corporation; and HARRY MAYO, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>RYAN RITTENHOUSE, an individual; and SANTA CRUZ SURFING CLUB, INC., a California corporation,<br><br>Defendants. | CASE NO.   3:08-cv-05783-SI<br><br>**STIPULATION AND [PROPOSED] ORDER RESCHEDULING THE MARCH 5, 2010 CASE MANAGEMENT CONFERENCE**<br><br><br>Date Filed:   December 30, 2008<br>Trial Date:   To be determined |

## **STIPULATION**

WHEREAS, the Court held a Case Management Conference in this matter on September 18, 2009;

WHEREAS, at the September 18, 2009 Case Management Conference, the Court ordered the parties to this action to participate in a settlement conference with Magistrate Judge Spero, and ordered a further Case Management Conference be held on November 20, 2009;

WHEREAS, the parties participated in a settlement conference with Magistrate Judge Spero on October 19, 2009;

WHEREAS, at the request and by stipulation of the parties, the Court has continued the Case Management Conference three times since then to allow the parties time to complete a settlement, most recently to March 5, 2010;

WHEREAS, the parties have, since the settlement conference, drafted a global Settlement Agreement that includes a fully drafted commercial agreement with a third party. There remains one issue in the third party agreement that needs to be resolved, and the parties are waiting for a response from the third party on the one remaining issue. The parties hoped to receive a response from the third party on February 26, 2010, but were told by the third party on February 26th that it has not yet formulated a response on the remaining issue. In addition, Defendants and their insurer have negotiated a separate agreement that is complete and nearly final, except as to one or two points. If the parties are not able to resolve these remaining issues, they intend to return to return to Magistrate Judge Spero to seek his assistance in resolving it, and will reserve a further settlement conference date with Judge Spero for that purpose. In the meantime, the parties would like to ask the Court to continue the Case Management Conference for 30 to 45 days, in which time the parties hope to complete their settlement.

**THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiffs and Defendants, through their respective attorneys of record, based on the foregoing, and subject to approval of this Court, that the following events are rescheduled as indicated below:

|  | Current Date | New Date |
|---|---|---|
| Further Case Management Conference | March 5, 2010 3:00 p.m. | April 9, 2010 3:00 p.m. |
| Joint Case Management Statement | February 26, 2010 | April 2, 2010 |

**IT IS SO STIPULATED**.

Dated: January 22, 2010        GIBSON, DUNN & CRUTCHER LLP

By: _____/s/_____
         Steven J. Johnson

Attorneys for Plaintiffs
SANTA CRUZ SURFING CLUB PRESERVATION
SOCIETY and HARRY MAYO

Dated: January 22, 2010        SHEPPARD MULLIN RICHTER & HAMPTON LLP

By: _____/s/_____
         James M. Chadwick

Attorneys for Defendants
RYAN RITTENHOUSE and
SANTA CRUZ SURFING CLUB, INC.

## [PROPOSED] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____

_____
Hon. Susan Illston
U.S. District Court Judge