1  STEVEN J. JOHNSON, SBN 121568
   MICHAEL B. SMITH, SBN 235764
2  GIBSON, DUNN & CRUTCHER LLP
   1881 Page Mill Road
3  Palo Alto, California 94304
   Telephone: (650) 849-5300
4  Facsimile: (650) 849-5333
   sjjohnson@gibsondunn.com
5  msmith@gibsondunn.com

6  Attorneys for Plaintiffs
   SANTA CRUZ SURFING CLUB
7  PRESERVATION SOCIETY and
   HARRY MAYO
8
   JAMES M. CHADWICK, SBN 157114
9  THAYER M. PREECE, SBN 241824
   SHEPPARD MULLIN RICHTER & HAMPTON LLP
10 990 Marsh Road
   Menlo Park, California 94025
11 Telephone: (650) 815-2600
   Facsimile: (650) 815-2601
12 jchadwick@sheppardmullin.com
   tpreece@sheppardmullin.com
13
   Attorneys for Defendants
14 RYAN RITTENHOUSE and
   SANTA CRUZ SURFING CLUB, INC.
15

16              UNITED STATES DISTRICT COURT

17            FOR THE NORTHERN DISTRICT OF CALIFORNIA

18

| 19 | SANTA CRUZ SURFING CLUB PRESERVATION SOCIETY, a California nonprofit public benefit corporation; and HARRY MAYO, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>RYAN RITTENHOUSE, an individual; and SANTA CRUZ SURFING CLUB, INC., a California corporation,<br><br>Defendants. | CASE NO.   3:08-cv-05783-SI<br><br>**STIPULATION AND [PROPOSED] ORDER RESCHEDULING THE APRIL 9, 2010 CASE MANAGEMENT CONFERENCE**<br><br><br>Date Filed:   December 30, 2008<br>Trial Date:   To be determined |
|---|---|

## STIPULATION

WHEREAS, the Court held a Case Management Conference in this matter on September 18, 2009;

WHEREAS, at the September 18, 2009 Case Management Conference, the Court ordered the parties to this action to participate in a settlement conference with Magistrate Judge Spero, and ordered a further Case Management Conference be held on November 20, 2009;

WHEREAS, the parties participated in a settlement conference with Magistrate Judge Spero on October 19, 2009;

WHEREAS, at the request and by stipulation of the parties, the Court has continued the Case Management Conference four times since then to allow the parties time to complete a settlement, most recently to April 9, 2010;

WHEREAS, two settlement agreements (one between the parties and one between the defendants and their insurer) are now in final form and are being executed; and

WHEREAS, the Parties anticipate needing approximately 30 days to collect signatures and fund and close the settlement, and anticipate that a request for dismissal will be filed on or before May 3, 2010.

**THEREFORE,** in an effort to avoid further burdening the Court's docket, the Parties respectfully request that the Court take the Case Management Conference currently set for April 9, 2010 off calendar pending the anticipated filing of a request for dismissal once the settlement is concluded. Should the Court wish to keep a date on calendar, the Parties agree that a further case management conference could be set, if necessary, for May 14, 2010 at 3:00 p.m., or on such other date and time as the Court deems appropriate.

**IT IS SO STIPULATED**.

Dated:   April 2, 2010          GIBSON, DUNN & CRUTCHER LLP

By:  _____/s/_____
                 Steven J. Johnson

Attorneys for Plaintiffs
SANTA CRUZ SURFING CLUB PRESERVATION
SOCIETY and HARRY MAYO

1 | Dated:   April 2, 2010                              SHEPPARD MULLIN RICHTER & HAMPTON LLP

By: _____/s/_____
James M. Chadwick

Attorneys for Defendants
RYAN RITTENHOUSE and
SANTA CRUZ SURFING CLUB, INC.

### [PROPOSED] ORDER

**PURSUANT TO STIPULATION, IT IS HEREBY ORDERED** that the case management conference set for April 9, 2010 at 3:00 p.m. is taken off calendar.

Further case management conference set for 5/14/10 at 3 p.m. with a joint statement due one week prior.
**SO ORDERED.**

Dated:  _____

_____
Hon. Susan Illston
U.S. District Court Judge