1  STEVEN J. JOHNSON, SBN 121568
   MICHAEL B. SMITH, SBN 235764
2  GIBSON, DUNN & CRUTCHER LLP
   1881 Page Mill Road
3  Palo Alto, California 94304
   Telephone: (650) 849-5300
4  Facsimile: (650) 849-5333
   sjjohnson@gibsondunn.com
5  msmith@gibsondunn.com

6  Attorneys for Plaintiffs
   SANTA CRUZ SURFING CLUB
7  PRESERVATION SOCIETY and
   HARRY MAYO
8
   JAMES M. CHADWICK, SBN 157114
9  THAYER M. PREECE, SBN 241824
   SHEPPARD MULLIN RICHTER & HAMPTON LLP
10 990 Marsh Road
   Menlo Park, California 94025
11 Telephone: (650) 815-2600
   Facsimile: (650) 815-2601
12 jchadwick@sheppardmullin.com
   tpreece@sheppardmullin.com
13
   Attorneys for Defendants
14 RYAN RITTENHOUSE and
   SANTA CRUZ SURFING CLUB, INC.
15

16              UNITED STATES DISTRICT COURT

17          FOR THE NORTHERN DISTRICT OF CALIFORNIA

18

| | |
|---|---|
| 19  SANTA CRUZ SURFING CLUB<br>PRESERVATION SOCIETY, a California<br>20  nonprofit public benefit corporation; and<br>HARRY MAYO, an individual,<br>21<br>          Plaintiffs,<br>22<br>     v.<br>23<br>RYAN RITTENHOUSE, an individual; and<br>24  SANTA CRUZ SURFING CLUB, INC., a<br>California corporation,<br>25<br>          Defendants. | CASE NO.   3:08-cv-05783-SI<br><br>**STIPULATION AND [PROPOSED]<br>ORDER RE VOLUNTARY DISMISSAL<br>WITH PREJUDICE PURSUANT TO FED.<br>R. CIV. PROC. 41(a)**<br><br>Date Filed:   December 30, 2008<br>Trial Date:   To be determined |

26
27
28

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Santa Cruz Surfing Club Preservation Society and Harry Mayo on the one hand, and Defendants Ryan Rittenhouse and Santa Cruz Surfing Club, Inc. on the other hand, by and through their respective attorneys of record, hereby stipulate to the dismissal of the within action in its entirety, with prejudice, with each of the parties to bear his or its respective costs.

IT IS SO STIPULATED.

Dated: April 30, 2010                GIBSON, DUNN & CRUTCHER LLP

By: _____/s/_____
         Michael B. Smith

Attorneys for Plaintiffs
SANTA CRUZ SURFING CLUB PRESERVATION SOCIETY and HARRY MAYO

Dated: April 30, 2010                SHEPPARD MULLIN RICHTER & HAMPTON LLP

By: _____/s/_____
         James M. Chadwick

Attorneys for Defendants
RYAN RITTENHOUSE and
SANTA CRUZ SURFING CLUB, INC.

## ORDER

IT IS SO ORDERED.

Dated: _____

_____
Hon. Susan Illston
U.S. District Court Judge